IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

EMILY PROVOST §
§
VS. § A-10-CA-388-JRN
§
EVERETT FINANCIAL, INC. d/b/a §
SUPREME LENDING §

### ORDER

Before the Court in the above-entitled and styled cause of action are Parties' Motion for Entry of Stipulated Judgment and Order of Dismissal with Prejudice (Clerk's Dkt. No. 9).

**ACCORDINGLY, IT IS ORDERED** that Parties' Motion for Entry of Stipulated Judgment and Order of Dismissal with Prejudice is **GRANTED.**

**IT IS FURTHER ORDERED** that this cause of action and all claims asserted, or which could have been asserted in this cause and suit are hereby **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that all pending motions are **MOOT.**

**IT IS FURTHER ORDERED** that all relief not expressly granted is **DENIED.**

Signed and entered this 13th day of August, 2010.

JAMES R. NOWLIN
UNITED STATES DISTRICT JUDGE